IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **KAREN CUNAGIN SYPHER,** | ) | |
| | ) | |
|     Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:13cv298-MHT |
| | ) | (WO) |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
|     Respondent. | ) | |

                              ORDER

After an independent and de novo review of the record, it is ORDERED as follows:

(1) Petitioner's objections (Doc. No. 7) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. No. 5) is adopted.

(3) This case is transferred to the United States District Court for the Western District of Kentucky.

(4) The clerk of the court is directed to take appropriate steps to effect the transfer .

(5) All pending motions are left for resolution after transfer.

This case is closed in this court.

DONE, this the 8th day of July, 2013.

                                    /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**